**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR137** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **HARVEY L. LANE,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time until July 21, 2008, to file a brief supporting his objections to the Magistrate Judge's Report and Recommendation (Filing No. 54).

IT IS ORDERED:

1. The Defendant's motion for an extension of time (Filing No. 54) to file a brief in support of his objections to the Magistrate Judge's Report and Recommendation is granted; and

2. The Defendant's supporting brief must be filed on or before July 21, 2008.

DATED this 17th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge